IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| REVEREND HEIDI GROSSMAN-LEPP et al., | \* |
| Plaintiffs, | \* |
| v. | Case No. 5:25-cv-00240-TES |
| TOMMY H WILSON et al., | \* |
| Defendants. | \* |
| _____ | \* |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 12, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 12th day of August, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk